**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| JESSICA VALENCIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 22 cv 1180 |
| ) | |
| MENARD, INC., d/b/a MENARDS, ) | (Removed from the Circuit Court |
| ) | of Peoria County, Illinois |
| Defendant. ) | Case No. 22-LA-78) |
| ) | |
| ) | **JURY DEMAND** |

## NOTICE OF REMOVAL

NOW COMES the Defendant, MENARD, INC., by and through its attorney, W. ANTHONY ANDREWS of OTTOSEN DINOLFO HASENBALG & CASTALDO, LTD., and pursuant to 28 U.S.C. §§ 1332 and 1441, files this notice of removal of the above captioned matter from the Circuit Court of Peoria County, Illinois, under Case Number 22-LA-78 to this Honorable Court. In support of this Notice, Menard states as follows:

### JURISDICTION

1.  This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332(a)(1), and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1441(a) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs because there is complete diversity of jurisdiction between the Plaintiff and the Defendant.

### STATEMENT OF FACTS

2.  On April 18, 2022, an action was commenced in the Circuit Court of Peoria County, Illinois, entitled *Jessica Valencia v. Menard, Inc., d/b/a Menards,* case number 22-LA-78.

3.   Menard was served with the Complaint on May 3, 2022. A copy of all process, pleadings and orders served upon Menard in the state court action are attached hereto as **Exhibit 1**.

## BASIS FOR REMOVAL

4.   Removal of a civil action is allowed under 28 U.S.C. § 1441 by a defendant who is sued on a claim or right that has original jurisdiction in the federal district court.

5.   This claim is removable based on 28 U.S.C. § 1332(a)(1) because the amount in controversy exceeds $75,000 and there is complete diversity of citizenship between the Plaintiff and the Defendant. The action is therefore within the subject matter jurisdiction of this Court.

6.   At the time which this action commenced, Plaintiff was a citizen of the State of Illinois.

7.   At the time which this action commenced, Defendant Menard was a corporation incorporated under the laws of Wisconsin, having its principal place of business in the State of Wisconsin at 5101 Menard Drive, Eau Claire, Wisconsin 54703. (**Ex. 2**).

8.   This is a civil case where the amount in controversy exceeds $75,000, exclusive of interest and costs. Plaintiff's Complaint establishes that she is seeking damages in excess of $50,000. (**Ex. 1**). Additionally, on November 24, 2021, Plaintiff demanded $500,000 to settle the case. (**Ex. 3**). Accordingly, Menard estimates in good faith that the amount in controversy exceeds $75,000.

## COMPLIANCE WITH REMOVAL PROCEDURES

9.   Menard has complied with all the procedural requirements for removal set forth in 28 U.S.C. § 1446. The notice of removal is being filed within 30 days of the service of Plaintiff's Complaint.

10. Notice of this removal is being provided to Plaintiff, through her attorneys of record and the Circuit Court of Peoria County, Illinois.

11. Pursuant to § 1446(d), a copy of this Notice of Removal will be filed with the Circuit Court of Peoria County, Illinois, in Case No. 22-LA-78.

WHEREFORE, for the foregoing reasons, Defendant Menard removes this action from the Circuit Court of Peoria County, Illinois, to the United States District Court for the Central District of Illinois and respectfully request that the Court exercise jurisdiction over this matter.

Respectfully submitted,

By: /s/ W. Anthony Andrews
One of Defendants' attorneys

W. Anthony Andrews (ARDC # 6217267)
OTTOSEN DINOLFO HASENBALG & CASTALDO, LTD.
1804 N. Naper Blvd; Suite 350
Naperville, IL. 60563
630-682-0085

STATE OF ILLINOIS )
) SS.
COUNTY OF DUPAGE )

I, W. ANTHONY ANDREWS, do hereby certify, and having been first duly sworn upon oath do hereby state, that I have read the above and foregoing Notice of Removal, by me subscribed as signatory for MENARD, INC., and the same is true and correct to the best of my knowledge and belief.

                                              /s/ W. Anthony Andrews
                                              W. ANTHONY ANDREWS

SUBSCRIBED and SWORN to before me this 26th day of May, 2022

/s/    Andrea Mangialardi
NOTARY PUBLIC