

# Notice of Service of Process

null / ALL
Transmittal Number: 24864753
Date Processed: 05/03/2022

| | |
|---|---|
| **Primary Contact:** | Andrew Akey<br>Menard, Inc.<br>5101 Menard Dr<br>Eau Claire, WI 54703-9604 |
| **Electronic copy provided to:** | Emily Hawke-James<br>Jim McMenomy<br>Meghan Olson<br>Todd Lemanski<br>Brianna Varanko |

| | |
|---|---|
| **Entity:** | Menard, Inc.<br>Entity ID Number 0033810 |
| **Entity Served:** | Menard, Inc. d/b/a Menards |
| **Title of Action:** | Jessica Valencia vs. Menard, Inc. d/b/a Menards |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Peoria County Circuit Court, IL |
| **Case/Reference No:** | 2022-LA-0000078 |
| **Jurisdiction Served:** | Illinois |
| **Date Served on CSC:** | 05/03/2022 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Polansky & Cichon, Chtd.<br>312-346-9241 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com

EXHIBIT
1.

## IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
## PEORIA COUNTY, ILLINOIS

Jessica Valencia,

        Plaintiff,

vs.

Menard, Inc. d/b/a Menards,

        Defendant.

No. 2022-LA-0000078

**Sheriff Please Serve:**

Menard, Inc. d/b/a Menards
c/o Registered Agent: Prentice Hall Corporation
801 Adlai Stevenson Drive
Springfield, IL 62703

### SUMMONS

To each of the above-named defendants:

You are summoned and required to file an *answer in this cause, or otherwise file your *appearance, in the Office of the Clerk of this Court, 324 Main Street, Room G-22, Peoria, IL 61602, within 30 days of service of this summons, not counting the day of service. If you fail to do so, a judgment or decree by default may be entered against you for the relief asked in the complaint.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned to endorsed. This summons may not be served later than 30 days after its date.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

4/18/2022

WITNESS _____, 20_____

JH
_____
Robert M. Spears
Clerk of the Circuit Court

(Plaintiff's Attorney or Pro Se if he is not represented by an Attorney)
NAME: Jacqueline M. Cichon
ARDC #: 6317832
Attorney For: Plaintiff
Address: 180 N. Stetson Avenue, Suite 5701
City: Chicago
Telephone: 312-346-9241
Email: jmcichon@polanskycichonlaw.com

*The answer and/or Appearance filing fee is based upon the dollar amount of said case.

**ROBERT M. SPEARS, CLERK OF THE CIRCUIT COURT OF PEORIA COUNTY**

FILED
ROBERT M. SPEARS
4/18/2022 12:19 PM
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

# IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
## PEORIA COUNTY, ILLINOIS

| | | |
|---|---|---|
| JESSICA VALENCIA, | ) | |
| | ) | |
| Plaintiff, | ) | 2022-LA-0000078 |
| | ) | |
| vs. | ) | Case No.: |
| | ) | |
| MENARD, INC. d/b/a | ) | JURY DEMAND |
| MENARDS | ) | |
| | ) | THIS CASE IS SET FOR A MANAGEMENT CONFERENCE ON 9/30/22 @ 9am IN COURTROOM 213/214 |
| Defendant. | ) | OF THE PEORIA COUNTY COURTHOUSE. IF THE DEFENDANT(S) ANSWERS(S) MORE THAN 35 DAYS BEFORE THIS DATE, THEN THE PARTIES SHALL SCHEDULE A CASE MANAGEMENT CONFERENCE WITHIN 25 DAYS OF THE DATE THE ANSWER'S PLED |

## COMPLAINT AT LAW

### COUNT I

The Plaintiff, JESSICA VALENCIA, by and through her attorneys, Polansky & Cichon, Chtd., complaining against the Defendant, MENARD, INC. d/b/a MENARDS, states as follows:

1. On or about July 26, 2020, Defendant, MENARD, INC. d/b/a MENARDS, (hereinafter referred to as "MENARDS"), owned, operated, managed, maintained and controlled a certain premises known as MENARDS, located at 2627 West Townline Road, Peoria, Peoria County, in the State of Illinois.

2. On or about July 26, 2020, the Plaintiff, JESSICA VALENCIA, was an invitee at the MENARDS located at 2627 West Townline Road, Peoria, Peoria County, Illinois.

3. At said time and place, the Plaintiff, JESSICA VALENCIA while walking through a checkout line was caused to fall due to the presence of an unknown liquid substance on said floor of said MENARDS.

4. At all times relevant, the Defendant, MENARDS, had a duty to provide a reasonably safe premises for Plaintiff and other customers of said MENARDS free from the presence of unknown liquid substances.

5. At said time and place, the Defendant, MENARDS, by and through its agents and servants acting on its behalf, carelessly and negligently:

    a. failed to maintain said floors;

    b. failed to place signs warning of the dangerous and hazardous condition presented by the presence of unknown liquid substances on said floorway;

    c. suffered and permitted an unknown liquid substance to be present on said floorway;

    d. failed to inspect said floorway at regular intervals so as to discover the dangerous condition of said floorway;

    e. allowed said floorway to become wet and slippery;

    f. failed to provide a mat on the floorway at the checkout line;

    g. failed to properly place a mat on the floorway at the checkout line;

    h. was otherwise careless and negligent in the maintenance of said floorway.

6. As a direct and proximate result and in consequence of one or more of said wrongful acts of the Defendant, MENARDS, the Plaintiff, JESSICA VALENCIA, was caused to be injured when she slipped and fell on said floorway due to the presence of an unknown liquid substance causing the Plaintiff to fall to the ground and thereby she sustained severe injuries which required hospitalization; and as a result of her said injuries the Plaintiff has suffered and with reasonable certainty will continue to suffer great pain and discomfort; and she has been and will be hindered from attending to her affairs and duties; and she has incurred and will in the future continue to become liable for large sums of money for the care and treatment of her said injuries.

7. That at said time and place, the condition of the floorway was not open and obvious.

8.  At all times relevant herein, the Defendant, MENARDS, had notice and was aware of the condition of the floorway.

WHEREFORE, the Plaintiff, JESSICA VALENCIA, asks for judgment against the Defendant, MENARD, INC. d/b/a MENARDS, in an amount in excess of Fifty Thousand Dollars ($50,000.00) exclusive of costs of suit herein.

                Respectfully Submitted,

                **POLANSKY & CICHON, CHTD.**

                */s/ Jacqueline M. Cichon*
                Jacqueline M. Cichon
                Attorney for Plaintiff

POLANSKY & CICHON, CHTD.
180 North Stetson Avenue, Suite 5701
Chicago, Illinois 60601
(312) 346-9241 – Telephone
(312) 704-4431 - Telefax
ARDC No.:6317832
jmcichon@polanskycichonlaw.com

FILED
ROBERT M. SPEARS
4/18/2022 12:19 PM
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

### IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
### PEORIA COUNTY, ILLINOIS

| | | |
|---|---|---|
| JESSICA VALENCIA, | ) | |
| | ) | |
| Plaintiff, | ) | 2022-LA-0000078 |
| | ) | |
| vs. | ) | Case No.: |
| | ) | |
| MENARD, INC. d/b/a MENARDS | ) | JURY DEMAND |
| | ) | |
| Defendant. | ) | |

THIS CASE IS SET FOR A MANAGEMENT CONFERENCE
ON 9/30/22 @ 9am IN COURTROOM 213/214
OF THE PEORIA COUNTY COURTHOUSE.
IF THE DEFENDANT(S) ANSWERS(S) MORE THAN 35 DAYS
BEFORE THIS DATE, THEN THE PARTIES SHALL
SCHEDULE A CASE MANAGEMENT CONFERENCE WITHIN
25 DAYS OF THE DATE THE ANSWER'S PLED

**COMPLAINT AT LAW**

### COUNT I

The Plaintiff, JESSICA VALENCIA, by and through her attorneys, Polansky & Cichon, Chtd., complaining against the Defendant, MENARD, INC. d/b/a MENARDS, states as follows:

1. On or about July 26, 2020, Defendant, MENARD, INC. d/b/a MENARDS, (hereinafter referred to as "MENARDS"), owned, operated, managed, maintained and controlled a certain premises known as MENARDS, located at 2627 West Townline Road, Peoria, Peoria County, in the State of Illinois.

2. On or about July 26, 2020, the Plaintiff, JESSICA VALENCIA, was an invitee at the MENARDS located at 2627 West Townline Road, Peoria, Peoria County, Illinois.

3. At said time and place, the Plaintiff, JESSICA VALENCIA while walking through a checkout line was caused to fall due to the presence of an unknown liquid substance on said floor of said MENARDS.

4. At all times relevant, the Defendant, MENARDS, had a duty to provide a reasonably safe premises for Plaintiff and other customers of said MENARDS free from the presence of unknown liquid substances.

5. At said time and place, the Defendant, MENARDS, by and through its agents and servants acting on its behalf, carelessly and negligently:

   a. failed to maintain said floors;

   b. failed to place signs warning of the dangerous and hazardous condition presented by the presence of unknown liquid substances on said floorway;

   c. suffered and permitted an unknown liquid substance to be present on said floorway;

   d. failed to inspect said floorway at regular intervals so as to discover the dangerous condition of said floorway;

   e. allowed said floorway to become wet and slippery;

   f. failed to provide a mat on the floorway at the checkout line;

   g. failed to properly place a mat on the floorway at the checkout line;

   h. was otherwise careless and negligent in the maintenance of said floorway.

6. As a direct and proximate result and in consequence of one or more of said wrongful acts of the Defendant, MENARDS, the Plaintiff, JESSICA VALENCIA, was caused to be injured when she slipped and fell on said floorway due to the presence of an unknown liquid substance causing the Plaintiff to fall to the ground and thereby she sustained severe injuries which required hospitalization; and as a result of her said injuries the Plaintiff has suffered and with reasonable certainty will continue to suffer great pain and discomfort; and she has been and will be hindered from attending to her affairs and duties; and she has incurred and will in the future continue to become liable for large sums of money for the care and treatment of her said injuries.

7. That at said time and place, the condition of the floorway was not open and obvious.

8. At all times relevant herein, the Defendant, MENARDS, had notice and was aware of the condition of the floorway.

WHEREFORE, the Plaintiff, JESSICA VALENCIA, asks for judgment against the Defendant, MENARD, INC. d/b/a MENARDS, in an amount in excess of Fifty Thousand Dollars ($50,000.00) exclusive of costs of suit herein.

Respectfully Submitted,

**POLANSKY & CICHON, CHTD.**

*Jacqueline M. Cichon*

Jacqueline M. Cichon
Attorney for Plaintiff

POLANSKY & CICHON, CHTD.
180 North Stetson Avenue, Suite 5701
Chicago, Illinois 60601
(312) 346-9241 – Telephone
(312) 704-4431 - Telefax
ARDC No.:6317832
jmcichon@polanskycichonlaw.com