# UNITED STATES DISTRICT COURT
## for the
### Central District of Illinois

| | |
|---|---|
| JESSICA VALENCIA,<br><br>**Plaintiff,**<br><br>vs.<br><br>MENARD, INC.,<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)  Case Number:  1:22-cv-1180<br>)<br>)<br>)<br>) |

### JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice for failure to prosecute.

Dated: 8/20/24

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court